

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00297-CR

---

JACK ALONSO ROCK, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 084916-A-CR, Honorable Dee Johnson, Presiding

---

June 23, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Jack Alonso Rock, was indicted for possession of methamphetamine enhanced by a prior felony conviction.[1] A jury convicted him of the charged offense. The trial court sentenced him to ten years in prison after he pleaded true to the enhancement. This appeal followed. Appellant's counsel seeks to withdraw, supported by an *Anders*[2] brief. We grant counsel's motion and affirm the judgment.

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a),(c); TEX. PENAL CODE ANN. § 12.42(a) (providing punishment enhancement). The original indictment alleged Appellant possessed cocaine but was amended to allege methamphetamine possession of one gram but less than four.

[2] *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

Appellant's counsel has certified that he conducted a conscientious examination of the record and found no reversible error upon which an appeal can be predicated. *Anders*, 386 U.S. at 744; *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008). The record indicates counsel provided Appellant with copies of his motion to withdraw, his *Anders* brief, and the record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014) (specifying counsel's obligations on the filing of a motion to withdraw supported by an *Anders* brief). This Court advised Appellant by letter of the right to file a pro se response to counsel's *Anders* brief. Appellant has not filed a response.

We have carefully reviewed counsel's *Anders* brief and conducted an independent review of the record to determine whether any nonfrivolous issues support an appeal. *See Penson v. Ohio,* 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *In re Schulman*, 252 S.W.3d at 409; *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). We conclude there are no grounds for appellate review that would result in reversal of Appellant's conviction or sentence.

## CONCLUSION

Counsel's motion to withdraw is granted. The trial court's judgment is affirmed.[3]


Lawrence M. Doss
Justice

Do not publish.

---

[3] Counsel shall, within five days after this opinion is handed down, send Appellant a copy of the opinion and judgment, along with notification of Appellant's right to file a pro se petition for discretionary review. *See* TEX. R. APP. P. 48.4. This duty is an informational one, not a representational one. It is ministerial in nature, does not involve legal advice, and exists after this Court grants counsel's motion to withdraw. *In re Schulman*, 252 S.W.3d at 411 n.33.

2